**No. 55046.**—C. R. Springman *v.* United States, protest 151923–K (Laredo).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE FIRST DIVISION, DECEMBER 28, 1950

**No. 55047.**—American Meshed Fur Co. et al. *v.* United States, protests 122105–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 55048.**—Dodge & Olcott, Inc., et al. *v.* United States, protests 150913–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of the essential and distilled oil of amyris balsamifera similar in all material respects to that the subject of Abstract 54349, the claim of the plaintiffs was sustained.

**No. 55049.**—Gallagher & Ascher Company *v.* United States, protest 133118–K/1258 (Chicago).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of sawed dagame lumber similar in all material respects to that the subject of *John A. Hunter Hardwood Corp.* v. *United States* (21 Cust. Ct. 139, C. D. 1143), the claim of the plaintiff was sustained.